ACCEPTED
15-25-00037-CV
3/25/2025 3:17 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-18-001703
Eva Fairchild

FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/2/2025 12:05 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/31/2025 3:51:53 PM
CHRISTOPHER A. PRINE
Clerk

CAUSE NO. D-1-GN-18-001703

EARL PEARSON, § IN THE DISTRICT COURT
*Plaintiff* §
§
v. § TRAVIS COUNTY, TEXAS
§
TEXAS ALCOHOLIC BEVERAGE §
COMMISSION, §
*Defendant.* § 261st JUDICIAL DISTRICT

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/2/2025 12:05:25 PM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANT'S NOTICE OF INTERLOCUTORY APPEAL AND AUTOMATIC STAY

TO THE HONORABLE COURT:

Defendant, The Texas Alcoholic Beverage Commission ("Defendant" or "TABC"), hereby files this *Notice of Interlocutory Appeal and Automatic Stay*, and in support thereof, would respectfully show as follows:

1. On March 13, 2025, this Court signed an order denying *Defendant's Motion for Summary Judgment and Plea to the Jurisdiction* (*See* Exhibit A).

2. Pursuant to Section 51.014 of the Texas Civil Practice and Remedies Code, the denial of any part of a plea to the jurisdiction asserted by a governmental unit is an interlocutory order that is immediately appealable. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a)(8). Pursuant to Section 25.1(d)(6) of the Texas Rules of Appellate Procedure, this is an accelerated appeal. TEX. R. APP. P. 25.1(d)(6). In this case, Defendant appeals the Court's denial of its Plea to the Jurisdiction.

3. Defendant filed its motion and plea in accordance with the Court's deadline for dispositive motions; thus, this appeal automatically stays the trial and all other proceedings of this matter in the district court pending resolution of this appeal. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(b).

4. Defendant makes this appeal to the Court of Appeals for the Fifteenth District.

5. Notice is further given that pursuant to Texas Civil Practice & Remedies Code § 6.001, Defendant is not required to file a bond. Defendant's appeal is therefore perfected upon the filing of the notice of appeal.

Respectfully submitted,

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Division Chief, General Litigation Division

*/s/ Kelsey L. Warren*_____
**KELSEY L. WARREN**
Assistant Attorney General
Texas Bar No. 24095736
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone (512) 475-4083
Facsimile: (512) 320-0667
kelsey.warren@oag.texas.gov

**ATTORNEY FOR DEFENDANT TABC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served electronically through the electronic filing manager, on March 25, 2025, upon all counsel of record.

/s/ Kelsey L. Warren_____
**KELSEY L. WARREN**
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ariana Ines on behalf of Kelsey Warren
Bar No. 24095736
ariana.ines@oag.texas.gov
Envelope ID: 98870378
Filing Code Description: Notice
Filing Description: DEFENDANTS NOTICE OF INTERLOCUTORY
APPEAL AND AUTOMATIC STAY
Status as of 3/26/2025 9:58 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| LASHANDA GREEN | | lashanda.green@oag.texas.gov | 3/25/2025 3:17:05 PM | SENT |
| Paige Densman | | paige@jfmeltonlaw.com | 3/25/2025 3:17:05 PM | ERROR |
| John Melton | | jmelton@jfmeltonlaw.com | 3/25/2025 3:17:05 PM | ERROR |
| michael Balcezak | | michael@jfmeltonlaw.com | 3/25/2025 3:17:05 PM | ERROR |

Associated Case Party: TEXAS ALCOHOLIC BEVERAGE COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| KELSEY WARREN | | kelsey.warren@oag.texas.gov | 3/25/2025 3:17:05 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

La Shanda Green on behalf of Kelsey Warren
Bar No. 24095736
lashanda.green@oag.texas.gov
Envelope ID: 99184226
Filing Code Description: Copy of Notice of Appeal
Filing Description: Defendants Notice of  Interlocutory Appeal and Automatic Stay
Status as of 4/2/2025 12:09 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| KELSEY WARREN | | kelsey.warren@oag.texas.gov | 4/2/2025 12:05:25 PM | SENT |
| LASHANDA GREEN | | lashanda.green@oag.texas.gov | 4/2/2025 12:05:25 PM | SENT |
| John Melton | 24013155 | jmelton@jfmeltonlaw.com | 4/2/2025 12:05:25 PM | ERROR |
| Michael Balcezak | | Michael@jfmeltonlaw.com | 4/2/2025 12:05:25 PM | ERROR |